UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: WILLIAM DAVIE,

    Plaintiff,                                 Case No. 24-mc-50203
                                             Hon. Matthew F. Leitman
_____/

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

On March 4, 2024, Plaintiff William Davie filed this miscellaneous action. Davie has not filed a Complaint against any party, and the documents that Davie has filed with the Court are difficult to follow. As best the Court can discern, it appears that Davie seeks to bring an action on behalf of the "Lomax Indian Tribe and Cashbox Trust Tribe" for trespass of their sovereign land. (*See*, *e.g.*, Amended Trespass Notice, ECF No. 5.) But Davie does not identify the party that allegedly trespassed on the identified sovereign land. Simply put, Davie has not stated a viable claim against any identifiable Defendant.

Accordingly, because Davie has failed to identify a Defendant, and failed to sufficiently plead any viable claim for relief, the Court will **DISMISS** this action **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
Dated: November 4, 2024                 UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 4, 2024, by electronic means and/or ordinary mail.

                                           s/Holly A. Ryan  
                                           Case Manager  
                                           (313) 234-5126